ORIGINAL

FORM 2
COVER SHEET

04- 748C

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

INFORMATION SYSTEMS & NETWORKS CORPORATION

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): NORMAN H. SINGER, ESQ.

Firm Name: SINGER & ASSOCIATES, PC

Post Office Box:

Street Address: 10411 Motor City Drive

City-State-Zip: Bethesda, MD 20817

Telephone & Facsimile Numbers: (O) 301-469-0400; (F) 301-469-0403

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 118 • • •

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: • • •

See attached sheet for three digit codes.

Amount Claimed: $ 1,400,000 +

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.