IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-748C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kyle Chadwick as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KYLE CHADWICK
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

s/Kyle Chadwick
KYLE CHADWICK
Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7562
Facsimile: (202) 305-7644

Dated: May 6, 2004

## CERTIFICATE OF FILING

I certify that on May 6, 2004, the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick