# In the United States Court of Federal Claims

No. 04-748 C
(Filed: July 14, 2004)

*********************************************
**INFORMATION SYSTEMS & NETWORKS CORPORATION**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*********************************************

## ORDER

Defendant filed a memorandum of intent to file a motion to dismiss on June 25, 2004, pursuant to ¶ 6(a)(i) of the Court's Standard Special Procedures Order (SSPO), dated May 10, 2004. Plaintiff was permitted to file a response to Defendant's memorandum within 14 days, as provided by Rule 7.2(a) of the Rules of the United States Court of Federal Claims (RCFC) and ¶ 6(a)(i) of the SSPO. Plaintiff has failed to file such a response.

Defendant is therefore ORDERED to file its proposed motion to dismiss on or before August 11, 2004. The response and reply will follow according to the Rules of the United States Court of Federal Claims.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge