IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | ) | No. 04-748C (Judge Damich) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Information Systems & Networks Corporation ("plaintiff or ISN"), by its undersigned attorneys, moves this Honorable Court for an extension of the filing date for Plaintiff's Opposition to Defendant's Motion to Dismiss. ISN requests an enlargement of time of 45 days, from August 30 to October 14, 2004. The defendant consents to the requested enlargement.

The enlargement is necessary for three reasons:

1. The principals of ISN, including its president and CEO, have been unavailable for a significant portion of July and August due to vacation and business travel. Their input and availability is necessary in preparing the opposition.

2. ISN's counsel is engaged in other matters requiring extensive time, including briefs regarding dispositive motions in three different matters in this Court; six previously-scheduled depositions in the month of September; and participation in a week-long trial in the

United States District Court for the District of Maryland beginning October 4, 2004.

3. ISN's counsel was on vacation for two weeks during the month of August.

WHEREFORE, for the reasons stated, Information Systems & Networks Corporation requests an enlargement of the time for it to file its Opposition to Defendant's Motion to Dismiss up to and including October 14, 2004.

Dated: August 26, 2004

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS" was filed electronically this 26th day of August, 2004, and served via email on counsel for defendant by virtue of electronic filing.

s/ Norman H. Singer

NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.