# In the United States Court of Federal Claims

No. 04-748 C
(Filed: August 27, 2004)

*********************************************
*
**INFORMATION SYSTEMS & NETWORKS CORPORATION** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************************

**ORDER**

Plaintiff filed its Consent Motion for Enlargement of Time to File its Opposition to Defendant's Motion to Dismiss on August 26, 2004. In that motion, which was Plaintiff's first motion for an enlargement, Plaintiff requested an additional 45 days to file its response to Defendant's motion to dismiss.

Plaintiff's motion is hereby GRANTED. It is therefore ORDERED that Plaintiff shall file its response to Defendant's motion to dismiss on or before October 14, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge