IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | No. 04-748C (Judge Damich) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Information Systems & Networks Corporation ("plaintiff or ISN"), by its undersigned attorneys, moves this Honorable Court for an Order pursuant to Rule 41(a)(2) dismissing the Complaint without prejudice.

The voluntary dismissal is necessary because the CDA claim which provides the basis of the Complaint was based on the research and analysis of plaintiff's former Chief Financial Officer, Charles Bonuccelli. However, Mr. Bonuccelli has since left ISN's employment, and is not available to either assist plaintiff with its theory or provide the underlying analysis. Plaintiff has no other employee with the knowledge of the claim and requisite experience necessary to support the claim. Plaintiff has not been able to reproduce Mr. Bonuccelli's accounting work, and therefore has lost its primary source of assistance with the claim at this time. Plaintiff seeks a voluntary dismissal without prejudice, in the event that plaintiff is able to re-assemble the bases for the claim.

Defendant is not prejudiced by the voluntary dismissal without prejudice. No discovery has taken place in this case, and defendant's only participation thus far has been in filing its dispositive motion. On the other hand, ISN would be prejudiced by the inability to re-file its pleading in order to proceed on the merits of its claims.

WHEREFORE, for the reasons stated, Information Systems & Networks Corporation requests a voluntary dismissal of the Complaint without prejudice.

Dated: October 14, 2004

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE" was filed electronically this 14th day of October, 2004, and served via email on counsel for defendant by virtue of electronic filing.

s/ Norman H. Singer

NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.