# In the United States Court of Federal Claims

No. 04-748 C
(Filed: October 21, 2004)

| | |
|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION** Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |

**<u>ORDER</u>**

Plaintiff filed its Motion for Voluntary Dismissal Without Prejudice on October 14, 2004. Plaintiff cites Rule 41(a)(2) of the Rules of the United States Court of Federal Claims (RCFC) as the authority for its motion. RCFC 41(a)(2) provides for dismissal by order of the court. However, the more appropriate rule is RCFC 41(a)(1), which allows "an action [to] be dismissed by the plaintiff without order of court . . . by filing a notice of dismissal at any time before service of an answer or of a motion for summary judgment." Since neither an answer nor a summary judgment motion has been filed in this case, Plaintiff's motion will be viewed by this Court as a Rule 41(a)(1) notice of voluntary dismissal.

Therefore, the Clerk of the Court is instructed to dismiss Plaintiff's case without prejudice.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge