# In the United States Court of Federal Claims

**No. 04-748 C**

**INFORMATION SYSTEMS & NETWORKS CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed October 21, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, pursuant to Rule 41(a)(1).

Brian Bishop
Clerk of Court

**October 26, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.